Certificate Number: 02921-PAM-DE-029608126

Bankruptcy Case Number: 17-02723


02921-PAM-DE-029608126

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2017, at 8:07 o'clock PM EDT, Darwin E. Fleisher completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 20, 2017        By:    /s/Joan B Reading

                           Name:  Joan B Reading

                           Title: President

Certificate Number: 02921-PAM-DE-029608139

Bankruptcy Case Number: 17-02723



02921-PAM-DE-029608139

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2017, at 8:07 o'clock PM EDT, Kay C. Fleisher completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 20, 2017  By: /s/Joan B Reading

Name: Joan B Reading

Title: President