```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 17-02723-HWV
Darwin E Fleisher                                              Chapter 7
Kay C Fleisher
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr           Page 1 of 1          Date Rcvd: Nov 29, 2017
                              Form ID: fnldec           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db/jdb         +Darwin E Fleisher,    Kay C Fleisher,    324 MILLER LANE,    GRANVILLE, PA 17029-9710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Michael   Johnston    on behalf of Debtor 2 Kay C Fleisher jzmlawbecky@nmax.net
              Michael   Johnston    on behalf of Debtor 1 Darwin E Fleisher jzmlawbecky@nmax.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Darwin E Fleisher<br>324 MILLER LANE<br>GRANVILLE, PA 17029 | Chapter 7<br>Case No. 1:17−bk−02723−HWV |
| Kay C Fleisher<br>324 MILLER LANE<br>GRANVILLE, PA 17029 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−8798
xxx−xx−9576

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John P Neblett (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 29, 2017

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk